In the Matter of the Estate of DONALD E. WRIGGLESWORTH, Deceased. CHERYL W. MENCHI, as Administratrix of the Estate of DONALD E. WRIGGLESWORTH, Deceased, Respondent;

THOMAS C. PARES, as Guardian ad Litem for DANIELLE WRIGGLESWORTH, an Infant, Appellant. [648 NYS2d 379] —Decree unanimously affirmed without costs for reasons stated in decision at Erie County Surrogate's Court, Mattina, S. (Appeal from Decree of Erie County Surrogate's Court, Mattina, S.— Wrongful Death Settlement.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.